359 A.2d 889

FITZPATRICK, Appellant,

v.

CITY OF PITTSBURGH.

Argued April 14, 1976.  John F. Becker, with him Sikov & Love, for appellant; George Shorall, Chief, Trial Counsel, with him Mead J. Mulvihill, Jr., City Solicitor, for appellee.

Order affirmed.

360 A.2d 234

FOX Appeal.

Submitted April 12, 1976.  David O'Hanesian, for appellant; Robert L. Eberhardt, Assistant District Attorney, and Robert E. Colville, District Attorney, for appellee.

Order affirmed.